# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON NAPODANO, BILAL BASRAI, )<br>AND BRYCE STIRTON, )<br>)<br>Defendants. ) | **Judge Thomas M. Durkin**<br>**Case No. 17-cv-6917** |

___

## PLAINTIFF'S AGREED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AGAINST DEFENDANTS JASON NAPODANO, BILAL BASRAI, AND BRYCE STIRTON

Plaintiff, U.S. Securities and Exchange Commission (the "SEC"), respectfully moves this Court for entry of Final Judgment by consent against Defendants Jason Napodano ("Napodano"), Bilal Basrai ("Basrai") and Bryce Stirton ("Stirton") (collectively, "Defendants"). The SEC has filed a civil complaint against Defendants. (*See* Docket Entry No. 1) Each Defendant has agreed to resolve this matter by the entry of a final judgment. (*See* Exhibit A, Consent of Jason Napodano; Exhibit B, Consent of Bilal Basrai; Exhibit C, Consent of Bryce Stirton). Accordingly, the SEC now submits proposed Final Judgments against Napodano, Basrai and Stirton. (*See* Exhibit D, proposed Final Judgment as to Napodano; Exhibit E, proposed Final Judgment as to Basrai; Exhibit F, proposed Final Judgment as to Stirton). The SEC has submitted these proposed Final Judgments to the Court's e-mail address at Proposed_Order_Durkin@ilnd.uscourts.gov.

WHEREFORE, the SEC respectfully requests that this Court: (i) grant this motion; (ii) enter Final Judgments by consent against Defendants Jason Napodano, Bilal Basrai, and Bryce Stirton; and (iii) award such other and further relief as this Court deems just.

Dated: September 26, 2017                 Respectfully submitted,

/s/*Eric M. Phillips*
Eric M. Phillips
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for the Plaintiff, the United States Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I, Eric M. Phillips, an attorney, being duly sworn, state on oath that on September 26, 2017, I caused Plaintiff's Agreed Motion for Entry of Final Judgment by Consent Against Defendants Jason Napodano, Bilal Basrai and Bryce Stirton to be served upon the following parties and counsel by email at:

| | |
|---|---|
| J. Alexander Heroy<br>James, McElroy & Diehl, P.A.<br>600 South College Street<br>Suite 3000<br>Charlotte, NC 28202<br>AHeroy@jmdlaw.com<br><br>Attorney for Defendant Jason Napodano | Avi Weitzman<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>AWeitzman@gibsondunn.com<br><br>Attorney for Defendant Bilal Basrai |

Bryce Stirton
801 South Olive Avenue, Apartment 435
West Palm Beach, FL 33401
brycestirton@gmail.com

 

/s/ Eric M. Phillips_____
Eric M. Phillips